similar garage liability policy was held to insure one similarly using a vehicle with permission in *Landis v. New Amsterdam Casualty Co.*, 347 Ill. App. 560, 107 N.E. (2d) 187.

Pioneer was obligated on behalf of Shaver to pay the amount of Hale's judgment against him. Since the Trader policy on Shaver's Buick was excess coverage applicable only after other insurance that might be available to the insured was exhausted, and the Pioneer policy was available to Shaver in the sum of $5,000.00, an amount greater than the $3,000.00 judgment entered against him, there was no obligation under the Trader policy.

The order of the trial court is reversed and case remanded with instruction to order Pioneer Mutual Compensation Company to apply so much of said $5,000.00 insurance protection as may be necessary to satisfy the judgment and costs against Shaver in the original action.

No. 16,950.

McFANN *v.* SYLVESTER.
(258 P. [2d] 769)

Decided June 1, 1953.   Rehearing denied June 22, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. JOHN J. GIBBONS, Mr. HAROLD H. HARRISON, for plaintiff in error.

Mr. LAWRENCE M. HENRY, for defendant in error.

## No. 16,953.

TOWER THEATRE CO. *v.* CONTINENTAL CONSTRUCTION CO.
(258 P. [2d] 766)

Decided June 1, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion, MR. JUSTICE ALTER not participating.

Mr. JOHN T. DUGAN, for plaintiff in error.

Mr. F. RICHARD HITE, Mr. JAMES C. CARTER, for defendant in error.